| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>823777<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. | |
| In Re:<br><br>Monte D. Hindsman aka<br>Monte Hindsman | Case No: 19-15668 - JNP<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>WELLS FARGO BANK, N.A.</u> with regards to its mortgage. Said Mortgage was recorded on October 6, 2016, Volume 14139, Instrument No. 2016060876 on the real property, located at 100 SANDBAR ROAD, EGG HARBOR TOWNSHIP, NJ 08234 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| Dated: April 10, 2019 | /s/ Nicholas V. Rogers<br>Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 856-813-5500 Ext. 42689<br>Fax: 856-813-5501<br>Email: nicholas.rogers@phelanhallinan.com |