UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Law Office of Kevin Fayette, LLC
1675 Whitehorse - Mercerville Road
Hamilton, New Jersey 08016
(609) 584-0600

Order Filed on November 14,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

   Monte D. Hindsman

| | |
|---|---|
| Case No.: | 19-15668 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____May 21, 2019_____ :

Property:     100 Sandbar Road Egg Harbor Township, NJ 08234

Creditor:     Wells Fargo Home Mortgages

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Attorney for the Debtor_____ , and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____January 2, 2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Monte D. Hindsman  
    Debtor

Case No. 19-15668-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Nov 14, 2019 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
db      +Monte D. Hindsman,   100 Sandbar Road,   Egg Harbor Township, NJ 08234-8117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
    Denise E. Carlon   on behalf of Creditor   Fifth Third Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Kevin C. Fayette   on behalf of Debtor Monte D. Hindsman kfayette@kevinfayette.com
    Kevin Gordon McDonald   on behalf of Creditor   Fifth Third Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
   TOTAL: 6