UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

823777
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

In Re:

MONTE HINDSMAN A/K/A MONTE D. HINDSMAN

Case No: 19-15668 - JNP

Judge: JERROLD N. POSLUSNY JR.

Chapter: 13

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Andrew Spivack</u>, Esquire will be substituted for as attorney of record for secured creditor WELLS FARGO BANK, N.A. in this case.[1]

Date:  12/26/2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Withdrawing Attorney

Date:  12/26/2019

/s/ Andrew Spivack
Andrew Spivack, Esq
Superseding Attorney
Andrew Spivack, Esq.
Phelan Hallinan & Diamond, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 1566
Fax: 856-813-5501
Email: andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>823777<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. | |
| In Re:<br><br>Monte Hindsman A/k/a Monte D. Hindsman | Case No: 19-15668 - JNP<br><br>Hearing Date: _____<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Brandon Johnson:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WELLS FARGO BANK, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 26, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 26, 2019            /s/ *Brandon Johnson*
                                        Brandon Johnson

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Monte D. Hindsman<br>100 Sandbar Road, Egg Harbor Township, NJ 08234 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Kevin Fayette, Esquire<br>1675 Whitehorse Mercerville Rd<br>Suite 204<br>Hamilton, NJ 08619 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2

3