**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: **Monte D. Hindsman**

Case No.: **19-15668**
Judge:

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original  
☐ Motions Included

■ Modified/Notice Required  
☐ Modified/No Notice Required

Date:

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan,* which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney _____    Initial Debtor: **MDH**    Initial Co-Debtor _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay **350.00 Monthly*** to the Chapter 13 Trustee, starting on **April 1, 2019** for approximately **36** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ■ Other sources of funding (describe source, amount and date when funds are available): **Food Stamps, 401k Liquidation**

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection      **X** NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Kevin Fayette, Esquire KF1039** | **Attorney Fees** | **3,750.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- ■ None
- ☐ The allowed priority claims listed below are based on a domestic support obligation that has been

assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

**-NONE-**

3

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

<u>Creditor</u>
**Wells Fargo Home Mortgage**

**g. Secured Claims to be Paid in Full Through the Plan** ■ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
- ☐ Not less than $____ to be distributed *pro rata*
- ☐ Not less than ___ percent
- ■ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases   X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions   X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

4

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ■ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate
■ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

5

| Part 9: Modification | ■ NONE |
|---|---|
| If this Plan modifies a Plan previously filed in this case, complete the information below. Date of Plan being modified: **3/20/19**. | |
| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
| **Debtor has received court approval for loan modification** | **Debtor has received court approval for loan modification** |

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☐ Yes     ■ No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $350.00 per month for 12 months, then $350.00 per month for 24 months**

**Student Loan to be paid outside the plan as long-term debt**

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **April 2, 2020**     /s/ **Monte D. Hindsman**
                          **Monte D. Hindsman**
                          Debtor

Date: _____     _____
                          Joint Debtor

Date **April 2, 2020**     /s/ **Kevin Fayette, Esquire KF1039**
                          **Kevin Fayette, Esquire KF1039**
                          Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 19-15668-JNP
Monte D. Hindsman                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Apr 03, 2020
                               Form ID: pdf901          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
```
db          +Monte D. Hindsman,    100 Sandbar Road,    Egg Harbor Township, NJ 08234-8117
aty         +Phelan Hallianan Diamond & Jones,    400 Fellowship Rd,    Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
              Philadelphia, PA 19103-1814
lm           Wells Fargo Home Mortgage,    POB 10368,    Des Moines, IA 50306-0368
518131391   +American Web Loan,    2128 N. 14th Street,    Suite 1 #130,    Ponca City, OK 74601-1831
518131397   +Continental Finance Co,    Po Box 8099,    Newark, DE 19714-8099
518170256   +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
518171670   +Fifth Third Bank,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
518131402   +First Credit Services,    Attn: Bankruptcy,    Po Box 55 3 Sciles Ave,
              Piscataway, NJ 08855-0055
518184138   +Navient Solutions, LLC. on behalf of,    ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
518131409   +North Shore Agency,    270 Spagnoli Road,    Suite 110,    Melville, NY 11747-3515
518131411   +Peoples Transport Fcu,    136 W Kings Hwy,    Mount Ephraim, NJ 08059-1343
518131412    Phelan Hallinan Diamond & Jones P.C,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
518131414    The Forster Group A/P/O HSBC Card Ser.,    C/O Forster, Garbus & Garbus,    100 Davidson Avenue,
              Suite 311,    Somerset, NJ 08873-1312
518177671   +WELLS FARGO BANK, N.A.,    Phelan Hallinan Diamond & Jones, PC,    1617 JFK Boulevard,
              Suite 1400,    Philadelphia, PA 19103-1814
518242084    Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
              1000 Blue Gentian Road,    Eagan MN 55121-7700
518131417    Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2020 01:58:08      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2020 01:58:07      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518269372   +E-mail/Text: bnc@atlasacq.com Apr 04 2020 01:57:30     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
518131392   +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 04 2020 01:58:47      Bankcard Services,
              P.O. Box 205458,    Dallas, TX 75320-5458
518131394   +E-mail/Text: clientrep@capitalcollects.com Apr 04 2020 01:58:45      CCS,    Attn: Bankruptcy,
              Po Box 150,    West Berlin, NJ 08091-0150
518131393   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2020 02:05:29      Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518158135   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 04 2020 02:08:20
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518131395   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 04 2020 01:57:50
              Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518131396   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 04 2020 01:57:51      Comenitycapital/bjsclb,
              Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518131398   +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 04 2020 01:58:36
              Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518131399   +E-mail/PDF: pa_dc_ed@navient.com Apr 04 2020 02:07:15      Dept of Ed / Navient,
              Attn: Claims Dept,    Po Box 9635,    Wilkes-Barre, PA 18773-9635
518131401    E-mail/Text: bknotice@ercbpo.com Apr 04 2020 01:58:11     ERC,    P.O. Box 23870,
              Jacksonville, FL 32241-3870
518131403   +E-mail/Text: Banko@frontlineas.com Apr 04 2020 01:58:43      Frontline Asset Strategies, LLC.,
              2700 Snelling Ave., N,    Suite 250,    Saint Paul, MN 55113-1783
518131404   +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 04 2020 01:58:47      Genesis Bc/celtic Bank,
              Attn: Bankruptcy,    268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
518140966    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2020 02:07:17      LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
518131405   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2020 02:07:40
              LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
              Greenville, SC 29603-0497
518163941    E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 04 2020 02:06:57      MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518131406   +E-mail/Text: bknotices@mbandw.com Apr 04 2020 01:58:24      McCarthy, Burgess & Wolff,
              26000 Cannon Road,    Cleveland, OH 44146-1807
518131407   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 04 2020 01:58:06      Midland Credit Management, INC,
              2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
518131408   +E-mail/PDF: pa_dc_claims@navient.com Apr 04 2020 02:07:17      Navient,    Attn: Bankruptcy,
              Po Box 9000,    Wiles-Barr, PA 18773-9000
518267705    E-mail/PDF: pa_dc_claims@navient.com Apr 04 2020 02:05:36
              Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
518270106    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2020 02:07:25
              Portfolio Recovery Associates, LLC,    c/o Bj's,    POB 41067,    Norfolk VA 23541
518131410    E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2020 02:06:53      Paypal Buyer Credit,
              P.O. Box 960080,    Orlando, FL 32896-0080
```

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Apr 03, 2020
                              Form ID: pdf901         Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518255427         E-mail/Text: bnc-quantum@quantum3group.com Apr 04 2020 01:57:59
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518131413        +E-mail/Text: Supportservices@receivablesperformance.com Apr 04 2020 01:58:34       RPM,
                  20816 44th Ave W,    Lynnwood, WA 98036-7799
518131415        +E-mail/Text: bankruptcydepartment@tsico.com Apr 04 2020 01:58:32       Transworld Systems Inc,
                  Attn: Bankruptcy,    500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2733
518253162        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 04 2020 02:10:13        Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518131416        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 04 2020 01:57:18
                  Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                  Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518267728*        Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                  Wilkes-Barre, PA 18773-9635
518131400      ##+DNF Associates, LLC.,    352 Sonwil Drive,    Cheektowaga, NY 14225-5520
                                                                                      TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin C. Fayette    on behalf of Debtor Monte D. Hindsman kfayette@kevinfayette.com
              Kevin Gordon McDonald    on behalf of Creditor    Fifth Third Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```