| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Monte D. Hindsman,<br><br>                                                                Debtor. | Chapter: 13<br><br>Case No.: 19-15668-JNP<br><br>Hearing Date: July 21, 2020<br><br>Judge Jerrold N. Poslusny, Jr. |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Settled/OTBS**.

Matter: **Motion for Relief from Stay**.

Dated: July 20, 2020

                                                  Stewart Legal Group, P.L.
                                                Attorney for Fifth Third Bank, N.A.

                            By:    */s/Gavin N. Stewart*
                                    Gavin N. Stewart