| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Monte D. Hindsman,<br><br>　　　　　　　　　　　　　　Debtor. | Chapter: 13<br><br>Case No.: 19-15668-JNP<br><br>Hearing Date: July 21, 2020<br><br>Judge Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

　　　I certify that with respect to the Consent Order Resolving Motion to Vacate Automatic Stay and Co-Debtor Stay ("Consent Order") submitted to the Court and agreed to by and between Fifth Third Bank, N.A. ("Creditor") and the Debtor, the following conditions have been met:

　　　(a)  The terms of the Consent Order are identical to those set forth in the original consent order;

　　　(b)  The signatures represented by the /s/_____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

　　　(c)  I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

　　　(d)  I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

　　　(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

　　　　　　　　　　　　　　　　　　　Stewart Legal Group, P.L.
　　　　　　　　　　　　　　　　　　　Attorney for Creditor

Dated: July 24, 2020　　　　　　　　By: */s/Gavin N. Stewart, Esq.*
　　　　　　　　　　　　　　　　　　　　Gavin N. Stewart, Esq.