UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Monte D. Hindsman,

                              Debtor.

Order Filed on July 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-15668-JNP

Hearing Date: July 21, 2020

Judge Jerrold N. Poslusny, Jr.

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:              Monte D. Hindsman
Case No.:            19-15668-JNP
Caption of Order:    **CONSENT ORDER RESOLVING MOTION TO VACATE
                     AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Fifth Third Bank, N.A. ("Movant"), and whereas the post-petition arrearage was **$2,212.30** as of July 10, 2020 and whereas the Debtor and Movant seek to resolve the Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: 2017 HYUNDAI TUCSON; VIN: KM8J23A47HU396834 ("Property") provided that the Debtor complies with the following:

   a.   On or before July 23, 2020, the Debtor shall make a lump sum payment of $1,200.00 directly to Creditor;

   b.   Beginning with the August 23, 2020 payment, the Debtor shall cure the post-remaining petition arrearage amount of $**1,012.30** by making six (6) consecutive monthly payments of $168.72 each until the arrearage is paid in full;

   c.   The Debtor shall resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the July 23, 2020 payment and continuing thereon per the terms of the underlying loan; and

   d.   Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2.      The Debtor will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Movant under the Chapter 13 Plan.

3.      If the Debtor fails to cure the default within thirty (30) days from the date of default,

Movant may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. §362(a) permitting Movant to exercise any rights under the loan documents with respect to

the Property.

4.      Movant is awarded reimbursement of attorney fees and costs in the amount of

$350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


_/s/Kevin C. Fayette_
Kevin C. Fayette, Esq.
Law Offices of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road, Suite 204
Hamilton, NJ 08619
_Counsel for Debtor_

_/s/Gavin N. Stewart_
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
_Counsel for Creditor_