| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***<br>**Isabel C. Balboa, Esquire (IB 4082)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** |

| In Re: | Case No.   19-15668   JNP |
|---|---|
| Monte D. Hindsman**,** | Judge:   Jerrold N. Poslusny, Jr. |
| Debtor(s)'. | **STIPULATION ADJUSTING TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $5,600.00 total receipts applied to plan, then $381.00 per month for the remaining twenty months commencing August 1, 2020, for a total of thirty-six (36) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on May 6, 2020 remain in effect.

*/s/ Kevin C. Fayette*                                                    */s/ Isabel C. Balboa*
Terry Tucker, Esquire                                                  Isabel C. Balboa,
Attorney for Debtor                                                     Chapter 13 Standing Trustee


Dated:  8/11/20                                                             Dated: 8/18/20