UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002**

In Re:

Monte D. Hindsman**,**

Debtor(s)'.

Case No.    19-15668    JNP

Judge:    Jerrold N. Poslusny, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $5,600.00 total receipts applied to plan, then $381.00 per month for the remaining twenty months commencing September 1, 2020, for a total of thirty-sixty (36) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on May 6, 2020 remain in effect.

*/s/ Kevin C. Fayette*
Kevin C. Fayette, Esquire
Attorney for Debtor

*/s/ Isabel C. Balboa*
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated: 8/11/20

Dated: 8/18/20