Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−15668−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monte D. Hindsman
   100 Sandbar Road
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−0537

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 12/21/21 at 11:00 AM

to consider and act upon the following:

**55** − Certification In Response to (related document:54 Creditor's Certification of Default (related document:47 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Gavin Stewart on behalf of Fifth Third Bank, N.A.. Objection deadline is 11/29/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Fifth Third Bank, N.A.) filed by Kevin C. Fayette on behalf of Monte D. Hindsman. (Fayette, Kevin)

Dated: 11/29/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court