| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on January 3, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Monte D. Hindsman<br><br>                                    Debtor. | Chapter: 13<br><br>Case No.: 19-15668-JNP<br><br>Hearing Date: January 4, 2022<br><br>Judge Jerrold N. Poslusny, Jr. |

### CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 3, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Monte D. Hindsman |
| Case No.: | 19-15668-JNP |
| Caption of Order: | **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT** |

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Fifth Third Bank, N.A. ("Creditor"), and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2017 HYUNDAI TUCSON; VIN: KM8J23A47HU396834** provided that the Debtor complies with the following:

    a. On or before January 5, 2022, the Debtor shall file a modified plan providing for the total amount of $9,677.58 to be paid in full at the contractual interest at the rate of 5.54% over the remaining months of the Plan.

2. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

3. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

4. Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Kevin C. Fayette* | */s/Gavin N. Stewart* |
| Kevin C. Fayette, Esq. | Gavin N. Stewart, Esq. |
| Law Offices of Kevin Fayette, LLC | Stewart Legal Group, P.L. |
| 1675 Whitehorse Mercerville Road, Suite 204 | 401 East Jackson Street, Suite 2340 |
| Hamilton, NJ 08619 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |