| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Monte D. Hindsman | Case No.: 1:2019-bk-15668<br><br>Adversary No.: <br><br>Chapter: 13<br><br>Judge: Judge Jerrold N. Poslusny Jr. |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Wells Fargo Bank, N.A., creditor
(Example: John Smith, creditor)

Old address:
Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

New address:
Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

New phone no.: 800-274-7025
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/03/2022          /s/ Sherry L Crouell
                          Signature

*rev.8/1/2021*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:                                                        CASE NO.:    19-15668

**Monte D. Hindsman**                               CHAPTER:    13

        **Debtor(s).**

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 03, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                                      *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                                           Monte D. Hindsman
                                                           100 Sandbar Road
                                                           Egg Harbor Township, NJ 08234

*Debtor's Attorney:*                    *By CM / ECF Filing:*

                                                           Kevin C. Fayette
                                                           Law Offices of Kevin Fayette, LLC
                                                           1675 Whitehorse Mercerville Road
                                                           Suite 204
                                                           Hamilton, NJ 08619

*Trustee:*                                     *By CM / ECF Filing:*

*Trustee:* Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

/s/ John Shelley
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)