UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of
KEVIN FAYETTE, L.L.C.
Kevin C. Fayette, Esquire
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, New Jersey 08619

In Re: Monte Hindsman

Order Filed on April 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.    19-15668

Adv. No.

Hearing Date: 04/26/2022

Judge: JNP

**CONSENT ORDER TO ACKNOWLEDGE ACCEPTANCE OF MODIFIED PLAN
BY 5TH THIRD BANK, THROUGH COUNSEL, STEWART LEGAL GROUP, P.L. .**

The relief set forth on the following pages, numbered two (2) through two (2)  is
hereby **ORDERED.**

**DATED: April 6, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of
Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600
Kevin Fayette, Esquire
Attorney for the Debtor(s)

|  | : | Chapter 13 |
|---|---|---|
| In Re: | : |  |
| Monte Hindsman | : | Case No. 19-15668 |
|  | : |  |
|  | : | Honorable Jerrold N. Poslusny, Jr. |

### CONSENT ORDER
### TO ACKNOWLEDGE ACCEPTANCE OF MODIFIED PLAN
### BY 5TH THIRD BANK THROUGH COUNSEL
### STEWART LEGAL GROUP, P.L.

This matter being opened by Debtors' Attorney, Kevin Fayette Esq. Requesting a Consent Order for Chapter 13 Trustee for acceptance of the modified plan filed on February 16, 2022 through 5th Third Bank's counsel, Stewart Legal Group, P.L.

1.    Monte Hindsman, filed a Chapter 13 Bankruptcy Petition on March 20, 2019, Bankruptcy Case # 19-15668.

2.    Iasbel Balboa Esq., Standing Chapter 13 Trustee, was assigned  to oversee the case.

3.    Monte Hindsman, modified his Chapter 13 Plan on February 16, 2022.

4.    5th Third Bank Bank has acknowledged acceptance of the modification through their counsel, Stewart Legal Group, P.L.

Date: April 1, 2022

Gavin Stewart, Attorney for Creditor

Date: 4/5/22

Kevin Fayette, Attorney for Debtor