|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Office of<br>KEVIN FAYETTE, L.L.C.<br>Kevin C. Fayette, Esquire<br>1675 Whitehorse-Mercerville Road<br>Suite 204<br>Hamilton, New Jersey 08619 | Order Filed on April 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.   19-15668<br><br>Adv. No.<br><br>Hearing Date: 04/26/2022<br><br>Judge: JNP |
| In Re: Monte Hindsman |  |

## CONSENT ORDER TO ACKNOWLEDGE ACCEPTANCE OF MODIFIED PLAN BY 5TH THIRD BANK, THROUGH COUNSEL, STEWART LEGAL GROUP, P.L. .

The relief set forth on the following pages, numbered two (2) through two (2)  is hereby **ORDERED**.

**DATED: April 6, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of
Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600
Kevin Fayette, Esquire
Attorney for the Debtor(s)

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Monte Hindsman | : | Case No. 19-15668 |
| | : | Honorable Jerrold N. Poslusny, Jr. |

## CONSENT ORDER
## TO ACKNOWLEDGE ACCEPTANCE OF MODIFIED PLAN
## BY 5TH THIRD BANK THROUGH COUNSEL
## STEWART LEGAL GROUP, P.L.

     This matter being opened by Debtors' Attorney, Kevin Fayette Esq. Requesting a Consent Order for Chapter 13 Trustee for acceptance of the modified plan filed on February 16, 2022 through 5th Third Bank's counsel, Stewart Legal Group, P.L.

     1.    Monte Hindsman, filed a Chapter 13 Bankruptcy Petition on March 20, 2019, Bankruptcy Case # 19-15668.

     2.    Iasbel Balboa Esq., Standing Chapter 13 Trustee, was assigned to oversee the case.

     3.    Monte Hindsman, modified his Chapter 13 Plan on February 16, 2022.

     4.    5th Third Bank Bank has acknowledged acceptance of the modification through their counsel, Stewart Legal Group, P.L.

Date: April 1, 2022

_____
Gavin Stewart, Attorney for Creditor

Date: 4/5/22

_____
Kevin Fayette, Attorney for Debtor

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-15668-JNP

Monte D. Hindsman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Apr 06, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Monte D. Hindsman, 100 Sandbar Road, Egg Harbor Township, NJ 08234-8117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Fifth Third Bank N.A. bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin C. Fayette | on behalf of Debtor Monte D. Hindsman kfayette@kevinfayette.com |
| Kevin Gordon McDonald | on behalf of Creditor Fifth Third Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 06, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Matthew K. Fissel
    on behalf of Creditor WELLS FARGO BANK  N.A. Matthew.Fissel@brockandscott.com, matthew.fissel@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8