Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−15668−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monte D. Hindsman
   100 Sandbar Road
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−0537

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 6, 2022.


Dated: April 6, 2022
JAN: har

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-15668-JNP
Monte D. Hindsman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 3
Date Rcvd: Apr 06, 2022　　　　　　　　　Form ID: plncf13　　　　　　　　　Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##　　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monte D. Hindsman, 100 Sandbar Road, Egg Harbor Township, NJ 08234-8117 |
| aty | + | Phelan Hallianan Diamond & Jones, 400 Fellowship Rd, Mt. Laurel, NJ 08054-3437 |
| cr | + | Fifth Third Bank, N.A., P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| lm | | Wells Fargo Home Mortgage, POB 10368, Des Moines, IA 50306-0368 |
| 518131391 | + | American Web Loan, 2128 N. 14th Street, Suite 1 #130, Ponca City, OK 74601-1831 |
| 518131397 | + | Continental Finance Co, Po Box 8099, Newark, DE 19714-8099 |
| 518131400 | + | DNF Associates, LLC., 352 Sonwil Drive, Cheektowaga, NY 14225-5520 |
| 518171670 | + | Fifth Third Bank, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518131402 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518184138 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 518131411 | + | Peoples Transport Fcu, 136 W Kings Hwy, Mount Ephraim, NJ 08059-1343 |
| 518131412 | | Phelan Hallinan Diamond & Jones P.C., 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518131414 | | The Forster Group A/P/O HSBC Card Ser., C/O Forster, Garbus & Garbus, 100 Davidson Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 518177671 | + | WELLS FARGO BANK, N.A., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518242084 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 518131417 | | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518269372 | | Email/Text: bnc@atlasacq.com | Apr 06 2022 20:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518131392 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 06 2022 20:30:00 | Bankcard Services, P.O. Box 205458, Dallas, TX 75320-5458 |
| 518131394 | + | Email/Text: clientrep@capitalcollects.com | Apr 06 2022 20:30:00 | CCS, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518131393 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 20:34:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518158135 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2022 20:34:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518131395 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2022 20:29:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518131396 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 06 2022 20:29:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518131398 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 06 2022 20:30:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518131399 | + | Email/PDF: pa_dc_ed@navient.com | Apr 06 2022 20:34:14 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 518131401 | | Email/Text: bknotice@ercbpo.com | Apr 06 2022 20:30:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 518170256 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 06 2022 20:29:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 518131403 | + | Email/Text: Banko@frontlineas.com | Apr 06 2022 20:30:00 | Frontline Asset Strategies, LLC., 2700 Snelling Ave., N, Suite 250, Saint Paul, MN 55113-1783 |
| 518131404 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 06 2022 20:30:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 518140966 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 20:34:22 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518131405 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 20:34:16 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518163941 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 06 2022 20:34:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518131406 | + | Email/Text: bknotices@mbandw.com | Apr 06 2022 20:30:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 518131407 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2022 20:29:00 | Midland Credit Management, INC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518131408 | + | Email/PDF: pa_dc_claims@navient.com | Apr 06 2022 20:34:25 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518267705 | | Email/PDF: pa_dc_ed@navient.com | Apr 06 2022 20:34:14 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518270106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2022 20:34:26 | Portfolio Recovery Associates, LLC, c/o Bj's, POB 41067, Norfolk VA 23541 |
| 518131410 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 20:34:14 | Paypal Buyer Credit, P.O. Box 960080, Orlando, FL 32896-0080 |
| 518255427 | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2022 20:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518131413 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 06 2022 20:30:00 | RPM, 20816 44th Ave W, Lynnwood, WA 98036-7799 |
| 518131415 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 06 2022 20:30:00 | Transworld Systems Inc, Attn: Bankruptcy, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 518253162 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2022 20:34:21 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518131416 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 06 2022 20:29:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518267728 | * | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518131409 | ##+ | North Shore Agency, 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Fifth Third Bank N.A. bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin C. Fayette | on behalf of Debtor Monte D. Hindsman kfayette@kevinfayette.com |
| Kevin Gordon McDonald | on behalf of Creditor Fifth Third Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK N.A. Matthew.Fissel@brockandscott.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8