UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CW: 22-03159 BKMFR02
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

MONTE D. HINDSMAN

Case No.: _____19-15668_____

Adv. No.: _____

Chapter:              13

Hearing Date: ____July 5, 2022____

Judge: ___Jerrold N. Poslusny___

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.    I, _____Matthew Fissel_____,

   ☒    am the attorney for: _____Wells Fargo Bank, N.A._____

   ☐    am self-represented

   Phone number: _____(844) 856-6646 x4535_____

   Email address: matthew.fissel@brockandscott.com


2.    I request an adjournment of the following hearing:

   Matter: _Motion for Relief from Stay re: 100 Sandbar Road, Egg Harbor Township, NJ_

   Current hearing date and time: ____July 5, 2022 at 11:00am____

   New date requested: _____August 9, 2022 at 11:00am_____

   Reason for adjournment request: _The Parties are negotiating the terms of an Agreed Order_

   _that will resolve the pending Motion._____

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.      Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below):  _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: June 28, 2022_____          /s/ Matthew Fissel_____
                                             Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒  Granted          New hearing date: ____8/9/2022 at 11:00am____          ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*

2