Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-15668 (JNP)

Monte D. Hindsman  
100 Sandbar Road  
Egg Harbor Township, NJ  08234

Monthly Payment: $463.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | $381.00 | 02/22/2022 | $381.00 | 02/22/2022 | $269.00 | 04/25/2022 | $463.00 |
| 06/06/2022 | $463.00 | 07/28/2022 | $463.00 | 09/23/2022 | $1,400.00 | 11/21/2022 | $463.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MONTE D. HINDSMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KEVIN C. FAYETTE, ESQUIRE | 13 | $3,750.00 | $3,750.00 | $0.00 | $0.00 |
| 1 | AMERICAN WEB LOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANKCARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CCS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $3,376.46 | $251.57 | $3,124.89 | $163.75 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $878.34 | $65.45 | $812.89 | $42.60 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,540.55 | $189.30 | $2,351.25 | $123.22 |
| 7 | CONTINENTAL FINANCE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CREDIT COLLECTION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ATLAS ACQUISITIONS, LLC | 33 | $595.16 | $44.34 | $550.82 | $28.86 |
| 10 | NAVIENT SOLUTIONS, LLC | 33 | $13,066.04 | $973.53 | $12,092.51 | $633.73 |
| 11 | ERC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | FIRST CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | FRONTLINE ASSET STRATEGIES, LLC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | GENESIS BC/CELTIC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $866.56 | $64.57 | $801.99 | $42.03 |
| 16 | MCCARTHY, BURGESS & WOLFF | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | NAVIENT SOLUTIONS, LLC | 33 | $8,197.13 | $610.77 | $7,586.36 | $397.59 |
| 19 | NORTH SHORE AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PAYPAL BUYER CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PEOPLES TRANSPORT F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | RPM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | THE FORSTER GROUP A/P/O HSBC CARD SER. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | TRANSWORLD SYSTEMS INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | VERIZON BY AMERICAN INFOSOURCE | 33 | $934.26 | $69.62 | $864.64 | $45.32 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | KEVIN C. FAYETTE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | MERRICK BANK | 33 | $2,050.09 | $152.74 | $1,897.35 | $99.42 |
| 32 | FIFTH THIRD BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | CAPITAL ONE BANK USA, N.A. | 33 | $3,612.00 | $269.13 | $3,342.87 | $175.18 |
| 34 | NAVIENT SOLUTIONS, LLC | 33 | $50,234.56 | $3,742.86 | $46,491.70 | $2,436.41 |
| 35 | FIFTH THIRD BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 36 | FIFTH THIRD BANK | 24 | $10,995.06 | $4,021.31 | $6,973.75 | $0.00 |
| 37 | FIFTH THIRD BANK | 13 | $250.00 | $250.00 | $0.00 | $0.00 |
| 38 | AMERICAN WEB LOAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2019 | 35.00 | $0.00 |
| 03/01/2022 | Paid to Date | $13,077.00 |
| 04/01/2022 | 24.00 | $463.00 |
| 04/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,283.00 |
| Total paid to creditors this period: | $4,188.11 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $915.00 |
| Attorney: | KEVIN C. FAYETTE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**