Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−15668−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monte D. Hindsman
   100 Sandbar Road
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−0537

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/18/23 at 11:00 AM

to consider and act upon the following:

85 − Certification In Response to (related document:84 Creditor's Certification of Default (related document:81 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of WELLS FARGO BANK, N.A.. Objection deadline is 03/27/2023. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor WELLS FARGO BANK, N.A.) filed by Kevin C. Fayette on behalf of Monte D. Hindsman. (Fayette, Kevin)

Dated: 3/24/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court