UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-03159 BKAOD01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:
MONTE D. HINDSMAN

Case No.: 19-15668

Adv. No.: _____

Chapter: 13

Hearing Date: April 18, 2023

Judge: Jerrold N. Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Matthew Fissel_____,

   ☒ am the attorney for: Wells Fargo Bank, N.A.

   ☐ am self-represented

   Phone number: (844) 856-6646

   Email address: matthew.fissel@brockandscott.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default

   Current hearing date and time: April 18, 2023 at 11:00AM

   New date requested: May 16, 2023 at 11:00AM

   Reason for adjournment request: Debtor is in the process of making payments sufficient to cure the default.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: April 13, 2023                        /s/ Matthew Fissel
                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 5/16/2023 at 11am        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2