UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-03159 BKAOD01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:
Monte D. Hindsman

Case No.: 19-15668
Adv. No.: _____
Chapter: 13
Hearing Date: June 6, 2023
Judge: Jerrold N. Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Matthew Fissel,
   ☒ am the attorney for: Wells Fargo Bank, N.A.
   ☐ am self-represented

   Phone number: (844) 856-6646

   Email address: matthew.fissel@brockandscott.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default [DE 84]

   Current hearing date and time: June 6, 2023 at 11:00AM

   New date requested: June 27, 2023 at 11:00AM

   Reason for adjournment request: Debtor is making a lump sum payment towards the arrears and Parties will attempt to resolve balance.

3. I re‌est an adjournment of co‌firm‌tion:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: _June 2, 2023_____          /s/ Matthew Fissel_____
                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: _6/27/2023 at 11am_____          ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*