| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>22-03159 BKAOD01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
| In Re:<br><br>MONTE D. HINDSMAN | Case No: 19-15668-JNP<br><br>Hearing Date: _____<br><br>Judge: JERROLD N. POSLUSNY, JR<br><br>Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Creditor's Certification of Default; DE: 84, filed 03/13/2023.

Date: July 7, 2023               /s/Matthew Fissel
                                  Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-03159 BKAOD01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

MONTE D. HINDSMAN

Case No: 19-15668-JNP

Hearing Date: _____

Judge: JERROLD N. POSLUSNY, JR

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Megan Perry:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On July 7, 2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    Status Change Form

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 7, 2023                          /s/ *Megan Perry*
                                             Megan Perry

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MONTE D. HINDSMAN<br>100 SANDBAR ROAD<br>EGG HARBOR TOWNSHIP, | Debtor | ☐ Hand-delivered<br>☒ Regular mail |

| Address | Role | Service Method |
|---|---|---|
| NJ 08234 | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| KEVIN C. FAYETTE<br>1675 WHITEHORSE MERCERVILLE ROAD<br>SUITE 204<br>HAMILTON, NJ 08619 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee, One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev.8/1/15