Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−15668−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monte D. Hindsman
   100 Sandbar Road
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−0537

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 8/18/23 at 10:00 AM

to consider and act upon the following:

**94** – Certification In Response to (related document:90 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/24/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Kevin C. Fayette on behalf of Monte D. Hindsman. (Fayette, Kevin)

Dated: 7/21/23

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court