Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−15668−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monte D. Hindsman
   100 Sandbar Road
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−0537

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 20, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Monte D. Hindsman  
Debtor

Case No. 19-15668-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3  
Date Rcvd: Sep 20, 2023  Form ID: 148  Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monte D. Hindsman, 100 Sandbar Road, Egg Harbor Township, NJ 08234-8117 |
| aty | + | Matthew K Fissel, BROCK & SCOTT, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| aty | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Rd, Mt. Laurel, NJ 08054-3437 |
| cr | + | Fifth Third Bank, N.A., P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Portfolio Recovery Associates, LLC, 8245 Tournament Dr., Suite 330, Memphis, TN 38125-8898 |
| 518131391 | + | American Web Loan, 2128 N. 14th Street, Suite 1 #130, Ponca City, OK 74601-1831 |
| 518131400 | + | DNF Associates, LLC., 352 Sonwil Drive, Cheektowaga, NY 14225-5520 |
| 518171670 | + | Fifth Third Bank, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518131406 | + | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 518131411 | + | Peoples Transport Fcu, 136 W Kings Hwy, Mount Ephraim, NJ 08059-1343 |
| 518131412 | | Phelan Hallinan Diamond & Jones P.C, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518131414 | | The Forster Group A/P/O HSBC Card Ser., C/O Forster, Garbus & Garbus, 100 Davidson Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 518177671 | + | WELLS FARGO BANK, N.A., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: WFFC2 | Sep 21 2023 00:18:00 | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| lm | | EDI: WFFC.COM | Sep 21 2023 00:18:00 | Wells Fargo Home Mortgage, POB 10368, Des Moines, IA 50306-0368 |
| 518269372 | | EDI: ATLASACQU | Sep 21 2023 00:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518131392 | + | EDI: PHINGENESIS | Sep 21 2023 00:18:00 | Bankcard Services, P.O. Box 205458, Dallas, TX 75320-5458 |
| 518131394 | + | Email/Text: amanda@cascollects.com | Sep 20 2023 20:37:00 | CCS, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518131397 | | Email/Text: cfcbackoffice@contfinco.com | Sep 20 2023 20:36:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 518131393 | + | EDI: CAPITALONE.COM | Sep 21 2023 00:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-15668-JNP    Doc 99    Filed 09/22/23    Entered 09/23/23 00:15:26    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 148 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518158135 | + | EDI: AIS.COM | Sep 21 2023 00:18:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518131395 | + | EDI: WFNNB.COM | Sep 21 2023 00:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518131396 | + | EDI: WFNNB.COM | Sep 21 2023 00:18:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518131398 | + | EDI: CCS.COM | Sep 21 2023 00:18:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518131399 | + | EDI: MAXMSAIDV | Sep 21 2023 00:18:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 518131401 | | Email/Text: bknotice@ercbpo.com | Sep 20 2023 20:37:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 518170256 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 20 2023 20:36:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 518131402 | ^ | MEBN | Sep 20 2023 20:25:26 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518131403 | + | Email/Text: Banko@frontlineas.com | Sep 20 2023 20:37:00 | Frontline Asset Strategies, LLC., 2700 Snelling Ave., N, Suite 250, Saint Paul, MN 55113-1783 |
| 518131404 | + | EDI: PHINGENESIS | Sep 21 2023 00:18:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 518140966 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 20:32:00 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518131405 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 20:45:23 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518163941 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2023 20:44:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518131407 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 20:36:00 | Midland Credit Management, INC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518131408 | + | EDI: NAVIENTFKASMSERV.COM | Sep 21 2023 00:18:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518267705 | | EDI: MAXMSAIDV | Sep 21 2023 00:18:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518184138 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 20 2023 20:36:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 518270106 | | EDI: PRA.COM | Sep 21 2023 00:18:00 | Portfolio Recovery Associates, LLC, c/o Bj's, POB 41067, Norfolk VA 23541 |
| 518131410 | | EDI: RMSC.COM | Sep 21 2023 00:18:00 | Paypal Buyer Credit, P.O. Box 960080, Orlando, FL 32896-0080 |
| 518255427 | | EDI: Q3G.COM | Sep 21 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518131413 | + | Email/Text: Supportservices@receivablesperformance.com | Sep 20 2023 20:37:00 | RPM, 20816 44th Ave W, Lynnwood, WA 98036-7799 |
| 518131415 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 20 2023 20:37:00 | Transworld Systems Inc, Attn: Bankruptcy, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 518253162 | + | EDI: AIS.COM | Sep 21 2023 00:18:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518131416 | + | EDI: VERIZONCOMB.COM | Sep 21 2023 00:18:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, |

Case 19-15668-JNP    Doc 99    Filed 09/22/23    Entered 09/23/23 00:15:26    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 148 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | Weldon Spring, MO 63304-2225 |
| 518242084 | + EDI: WFFC2 | | Sep 21 2023 00:18:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 518131417 | EDI: WFFC2 | | Sep 21 2023 00:18:00 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518267728 | * | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518131409 | ##+ | North Shore Agency, 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Fifth Third Bank N.A. bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin C. Fayette | on behalf of Debtor Monte D. Hindsman kfayette@kevinfayette.com |
| Kevin Gordon McDonald | on behalf of Creditor Fifth Third Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK N.A. NJBKR@brockandscott.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8